JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

GIANG THUY NGUYEN,                ) Case No. SACV 17-1526-FMO (JPR)
                                  )
              Petitioner,         )
                                  )        **J U D G M E N T**
         v.                       )
                                  )
JAMES ROBERTSON, Warden,          )
                                  )
              Respondent.         )
_____      )

     Pursuant to the Order Accepting Findings and Recommendations of U.S. Magistrate Judge,

     IT IS HEREBY ADJUDGED that the First Amended Petition is denied and this action is dismissed with prejudice.

DATED:  November 23, 2020                    /s/
                                    _____
                                    FERNANDO M. OLGUIN
                                    U.S. DISTRICT JUDGE